**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GASTON EMMANUEL ROUSE III,<br><br>*Defendant*. | Case No. 1:26-MJ-329 |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Harrison Booth, a Special Agent with the Federal Bureau of Investigation, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation and have been since February 18, 2022. I am thus a "federal law enforcement officer" as defined by Fed. R. Crim. P. 41(a)(2)(C). I am currently assigned to the Richmond Division, Fredericksburg Resident Agency, to investigate Child Exploitation, where I am responsible for investigating crimes concerning the sexual exploitation of minors, as well as crimes involving human trafficking and commercial sex offenses. I have received training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child pornography, as defined in 18 U.S.C. § 2256, including computer media. Through my experience and training, I can identify child pornography when I see it. I have training and experience in the enforcement of the laws of the United States, including the preparation, presentation, and service of subpoenas, affidavits, criminal complaints, search warrants, and arrest warrants. As a federal agent, I am

authorized to investigate violations of laws of the United States and, as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

2. The facts and information in this affidavit are based upon my personal observations, my training and experience and information obtained from other agents and witnesses. This affidavit is intended to show simply that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all my knowledge about this matter.

3. I submit this affidavit in support of a criminal complaint and arrest warrant charging GASTON EMMANUEL ROUSE III, with receipt and attempted receipt of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2252(a)(2)/(b)(1).

**RELEVANT STATUTES**

4. Based upon my training, experience, and discussions with federal prosecutors that I have worked with on this and other similar investigations, I have learned that:

a. 18 U.S.C. § 2252(a)(2) and (b)(1) prohibits any person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce or through the mails, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**DEFINITIONS**

5. The following definitions apply to this Affidavit:

a. "Child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

b. "Internet Protocol address" or "IP address," as used herein, refers to a unique number used by a computer or other digital device to access the Internet. IP addresses can be "dynamic," meaning that the Internet service provider ("ISP") assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be "static" if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet.

c. "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

d. "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

e. "Visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual

image that has been transmitted by any means, whether or not stored in a permanent format.

**SUMMARY OF PROBABLE CAUSE**

6. In or around March of 2025, the FBI's Richmond Division received information that a CashApp[1] account attributed to ROUSE had purchased access to a collection of child sexual abuse material (CSAM) from a seller on an encrypted messaging application.

7. On April 25, 2025, the Honorable Ivan Davis, United States Magistrate Judge in the Eastern District of Virginia, signed federal search warrants authorizing the search of ROUSE's residence and his person for evidence related to suspected violations of 18 U.S.C. § 2252. On May 1, 2025, the FBI executed the search warrants at ROUSE's residence in Stafford, Virginia, in the Eastern District of Virginia.

8. During the search warrant, ROUSE agreed to an interview with law enforcement. ROUSE was read his Miranda rights, and the interview was audio-recorded. When asked if he owned the CashApp account that had purchased CSAM, ROUSE responded, "I guess so yeah." ROUSE also admitted that he had purchased CSAM online, though he said it was a "one-time buy." In reference to the type of CSAM he had purchased, ROUSE acknowledged that material depicted children. He said the minors looked "17 to 18." He also said he looked at videos depicting minors who were "16 to 17" and "it was the curiosity that got me." He said, "it was definitely a mistake."

9. Pursuant to the search warrants, the FBI seized approximately nine electronic devices, including a Samsung Galaxy Z Fold 2 cell phone (IMEI 355183990677259) (hereinafter

[1] CashApp is a peer-to-peer money transfer service that allows users to send and receive funds instantly.

"Samsung phone") from ROUSE's person. ROUSE later provided the passcode for the phone, and the provided passcode unlocked the device.

10. Following the execution of the search warrant, the FBI began a forensic review of the devices found on ROUSE's person and in his home. Forensic review of the Samsung phone revealed more than 3,500 images and videos depicting minors engaged in sexually explicit conduct. Some of the minors appear to be prepubescent and some of the CSAM depicted minors being subjected to sadistic or masochistic abuse. The majority of the images and videos were located in several different locations within a secure folder[2] on the phone, including in the downloads folder, in the media folder, and in a folder indicating the media was received via the Telegram encrypted messaging application. Some examples are as follows.

11. A video file with an MD5 hash value ending in "5A233B16" was found on the Samsung phone. According to the metadata in the video file, the file appears to have been saved to the device on April 23, 2025, via the Telegram application. The location of this video file on the Samsung phone ended in "_825.mp4". Your affiant reviewed the file and the video is described as follows:

a. The video depicts an adult female slap and hit a prepubescent girl (G1) while forcefully removing her clothing. With G1 now stripped down to her underwear, a second prepubescent girl (G2) enters the frame. The adult female and G2 begin to repeatedly spit in the face of G1. A third prepubescent girl (G3) enters the room and watches. The adult female and G2 continuously spit in the face of G1 for over three minutes. The adult female

[2] The "secure folder" feature is available on Samsung cell phones. It is a separate storage location that is stored encrypted on the device and requires a passcode and/or biometric unlock to access. This feature is typically not enabled by default and requires the user to set it up and select which media to save into the secure folder. The secure folder is represented as user "150".

then has G2 remove her pants and underwear to force G2's crotch into the face of G1 and urinate on her. The adult female has G3 remove her underwear to straddle over the face of G1 and urinate on her. The adult female then has a prepubescent boy (B1) pull down his pants, force his penis into the face of G1 and urinate on her. G1 is crying hysterically throughout the entire video.

12. Another video file with an MD5 hash value ending in "D7A041D4" was found on the device. According to the metadata in the video file, the file appears to have been saved to the device on June 16, 2024, via the Telegram application. The location of this video file on the Samsung phone ended in "576.mp4". Your affiant reviewed the file, and the video is described as follows:

a. The video appears to be a screen recording of a prepubescent boy, approximately 7 years of age with a shirt and no pants on. The boy is kneeling on a bed and inserts his penis into the vagina of a prepubescent female who is sitting on the crotch of the boy, facing away from him. For approximately one minute, the girl is sitting on top of the boy while forcefully having sex with him.

13. Based on my investigation, it appears that ROUSE also sent certain CSAM files he received in Telegram group chats, in separate chats to himself. The following video files mentioned were all found in the "Telegram Video" folder on the Samsung phone, in the following file path: data/media/150/Android/data/org.telegram.messenger.web/files/Telegram/Telegram Video/.

14. A video file with an MD5 hash value ending in "BC931BD4" was found on the device. The file was found in a folder on the device associated with the Telegram application. The file appears to have been sent from user "Cowboy" on December 20, 2024, via the Telegram

application in a group created with the topic "Blowjob NL". After the file was sent in the group chat, it appears ROUSE then sent the file in a new message to himself on December 20, 2024. Your affiant reviewed the file and the video is described as follows:

a. The video depicts an adult male with an erect penis standing in a closet. In front of the male is a prepubescent girl on her knees, wearing a black mask. The prepubescent girl proceeds to perform oral sex on the adult male. The prepubescent girl is holding the adult male's erect penis with both of her hands. The prepubescent girl pulls away to wipe her mouth several times during the video but is instructed by the adult male to continue.

15. Another video file with an MD5 hash value ending in "0F04AF8B" was found on the device. The file was found in a folder on the device associated with the Telegram application. The file appears to have been sent from user "Bderby913" on November 1, 2024, via the Telegram application in a group created with the topic "Gay teen". After the file was sent in the group chat, it appears ROUSE sent the file in a new message to himself on November 1, 2024. Your affiant reviewed the file and the video is described as follows:

a. The video depicts a prepubescent male lying on the floor in a bathroom with his lower back and legs lifted over his head. The young boy proceeds to masturbate his erect penis with his right arm. The video is approximately two minutes long. The young boy then ejaculates into his own mouth and the video ends.

16. Another video file with an MD5 hash value ending in "EE8A4A77" was found on the device. The file was found in a folder on the device associated with the Telegram application. The file appears to have been sent from user "Ark Port" on December 18, 2024, via the Telegram application in a group created with the topic "Asian girls". After the file was sent in the group chat,

it appears ROUSE sent the file in a new message to himself on December 18, 2024. Your affiant reviewed the file and the video is described as follows:

a. The video depicts an adult male standing naked in a room with his penis and genitals exposed to a prepubescent girl. The young girl is completely nude sitting on a bed, holding the adult male's genitals with one hand and his penis with the other hand. The young girl then proceeds to perform oral sex on the adult male while stroking his penis with her right hand. This video is approximately one minute and fourteen seconds long. At the end of the video, the young girl confusingly pulls her head away and wipes her face while struggling to swallow.

19. In addition to the videos and images, additional artifacts indicating an interest in minor children were found on the device. ROUSE appeared to be a participant in group chats on Telegram in several groups where CSAM was shared. Examples of group names ROUSE was part of include "Teen Leaks", "Party_Rape", "_Teen gay", "Gay teen", "HD Teens" "pyt", "Pyt Candy", "Pyt[3] Leaks", "TastyPYT", "Pretty Pyt","Asian girls", "Blowjob NL", and "Moms With Boys". ROUSE also appeared to be attempting to pay for access to certain Telegram groups, including groups named, "pyt", "teens", and "teen leaks".

20. Users in these Telegram groups explicitly discussed sharing, receiving, and viewing CSAM. For example, in Telegram group ID ending in -1008, a user stated, "Anyone got any Babys/Toddler With Boners or Big Dicks?" as well as "Anyone got Little Boys with Button Sized Dicks?". In Telegram group ID ending in -488, a user stated, "I want to cum on a toddler so bad right now". In Telegram group ID ending in -315, a user stated, "I wanna see icky women finger

[3] I know through my training and experience investigating CSAM cases that the acronym P.Y.T ("Pretty Young Thing") is utilized as a filler or replacement term when searching online for CSAM.

their cunts to little ones and icky men jerk their cocks to little girls". ROUSE was a member in the Telegram groups mentioned above as well as several other Telegram Groups discussing and sharing CSAM.

21. On April 20, 2023, ROUSE messaged Telegram User ID ending in -583. During this conversation ROUSE stated, "How to get access to pyt chat?". User -583 stated, "$15", "$[redacted]" as well as "That's my cashapp". ROUSE stated, "And what about teens chat and the neeak one". Later in the conversation ROUSE stated, "I sent you 15 for pyt chat. Lmk if it went through".

22. The Samsung phone also contained multiple artifacts indicating ROUSE was the owner and user of the device. Two Gmail accounts, rogaston1117@gmail.com and devilboy79949@gmail.com, were found on the Samsung phone, both of which ROUSE claimed were his in the interview. A Snapchat account was also located with username darkvaderblack and has associated account information listed that included email: devilboy79949@gmail.com, phone number: xxx-xxx-0532, and DOB: xx/xx/1999. An Uber account was also located with the user listed as "gaston rouse," and the same email and phone number associated with the account as Snapchat. The main user of the Samsung phone was listed as "J. Smith" and the email associated with the device was devilboy79949@gmail.com.

23. In addition to the videos and images found on the Samsung phone, several other devices were located in ROUSE's home. Of the nine devices seized, three additional devices, two computers and a tablet, contained CSAM.

## CONCLUSION

24. Based on the foregoing, I submit that there is probable cause to believe that on or about, June 16, 2024, November 1, 2024, December 18, 2024, December 20, 2024, and April 23, 2025, GASTON ROUSE III, while residing in the Eastern District of Virginia, knowingly received visual depictions of minors engaged in sexually explicit conduct in the Eastern District of Virginia, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1). I, therefore, respectfully request that a criminal complaint and arrest warrant be issued for ROUSE.

Respectfully submitted,

Harrison Booth

Harrison Booth, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to in accordance with Fed. R. Crim. P. 4.1 by telephone on August 21, 2026:

Digitally signed by Ivan Davis
Date: 2026.08.21 13:37:44 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia